IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. G-14-MJ-20 |
| | § | |
| ROBERTO BORIS FERNANDEZ | § | |

## COMMITMENT ORDER

Having found that the Defendant, **Roberto Boris Fernandez**, is the same person currently charged in an Indictment in Cause No. 3:14-CR-44; styled <u>United States of America v. Roberto Boris Fernandez</u>, in the United States District Court for the Northern District of Texas, Dallas Division, the United States Marshal is hereby **COMMANDED** to take custody of the Defendant, **Roberto Boris Fernandez**, and to transport him forthwith, together with a certified copy of this Commitment Order, to the **United States District Court for the Northern District of Texas, Dallas Division**, and there deliver the Defendant to the United States Marshal for that District or to some other officer authorized to receive the Defendant and make due return of this Commitment Order.

**DONE** at Galveston, Texas, this        5th        day of May, 2014.

John R. Froeschner
United States Magistrate Judge

**R E T U R N**

| This commitment was received and executed as follows: | |
| --- | --- |
| Date commitment order received: | Place of Commitment: |
| Date Defendant committed: | United States Marshal: |
| Date: | (by) Deputy Marshal: |